UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICTERJ ENTERPRISES, LLC, D/B/A
MASSAGE ENVY BLUEBONNET AND                    CIVIL ACTION
MASSAGE ENVY LONG FARM

VERSUS                                         NO. 23-404-SDD-SDJ

ALSCO, INC., E/B/A ALSCO UNIFORMS

<u>ORDER</u>

The Plaintiffs having filed a *Notice of Dismissal without Prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);[1]

**IT IS ORDERED** that the above-captioned and entitled action brought against defendant, Alsco, Inc. d/b/a Alsco Uniorms, is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed in Baton Rouge, Louisiana, on <u>August 23, 2023</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 17.